## IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2520 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 131 DB 2018 |
| | : | |
| v. | : | Attorney Registration No. 60730 |
| | : | |
| SCOTT ALAN WESTCOTT, | : | (Allegheny County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of September, 2019, upon consideration of the Verified Statement of Resignation, Scott Alan Westcott is disbarred on consent from the Bar of this Commonwealth. *See* Pa.R.D.E. 215. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).